IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                **Criminal Action No. 1:21cr6**
                                                                 **(Judge Kleeh)**

**EDWARD SMITH,**

        Defendant.

## ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT

Finding good cause, the Court **GRANTS** the United States' Unopposed Motion to Dismiss Indictment (Dkt. No. 12) and **DISMISSES WITH PREJUDICE** the Indictment returned by the Grand Jury on January 5, 2021 (Dkt. No. 3).

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to provide a copy of this Order to counsel of record by electronic means.

Dated: February 23, 2021

*Thomas S. Kleeh*
Thomas S. Kleeh
United States District Judge